**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-7960**

———————————

PEDRO MEDINA-VAZQUEZ,

                                        Plaintiff - Appellant,

        versus

MONICA WETZEL, Warden; RUTH YANCEY, Warden of
Federal     Correctional     Institution     at
Williamsburg,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   G. Ross Anderson, Jr., District
Judge.  (9:05-cv-01915-GRA)

———————————

Submitted:  December 11, 2006        Decided:  January 24, 2007

———————————

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Pedro Medina-Vazquez, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pedro Medina-Vazquez, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Medina-Vazquez v. Wetzel, No. 9:05-cv-01915-GRA (D.S.C. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED